JOHN V. STOCKTON v. ALFAR CREAMERY COMPANY, et al.

20 So. (2nd) 345                                    January Term, 1945
January 12, 1945                                         Division A
Rehearing denied January 26, 1945

*Carroll Dunscombe,* for appellant.

*Paty & Warwick,* for appellees.

PER CURIAM:

The record and the arguments of counsel in this case have been considered. The questions are clear but they fail to convince us that the trial court committed error.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.